UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY FLOURNOY, P00154293,<br><br>Plaintiff,<br><br>v.<br><br>MARIN COUNTY, et al.,<br><br>Defendant(s). | Case No. 22-cv-07203-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

On March 13, 2023, the court dismissed with leave to amend plaintiff's pro se prisoner complaint under 42 U.S.C. § 1983 alleging that the Marin County District Attorney and Marin County Jail (MCJ) officials unlawfully recorded and eavesdropped on his private conversations with his defense attorney at MCJ from July to October 2022 and used information from these private conversations to secure probable cause for his arrest and prosecution in criminal case number SC220058A. The court specifically directed plaintiff to amend to clarify whether case number SC220058A resulted in a conviction or an acquittal, or if it is still pending, and to set forth specific facts and dates in support of a similar § 1983 claim against defendants for violations that occurred in 2021 at MCJ in connection with an unspecified 2021 criminal case. The court warned plaintiff that "[f]ailure to file a proper amended complaint within [28 days] will result in the dismissal of this action." ECF No. 5 at 4.

More than 35 days later, plaintiff has neither filed an amended complaint nor sought an extension of time to do so. This action accordingly is DISMISSED without prejudice.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: April 17, 2023

_____
CHARLES R. BREYER
United States District Judge